IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUIS PINET, Petitioner | : | CA: 06-234T |
| v. | : | |
| UNITED STATES OF AMERICA, Respondent | : | |

MOTION FOR DISMISSAL WITHOUT PREJUDICE
OR IN THE ALTERNATIVE
AN EXTENSION OF TIME FOR FILING AN
AFFIDAVIT AND MEMORANDUM OF LAW

**NOW COMES**, Luis Pinet, Petitioner in the above entitled matter and moves this Court to grant his request for dismissal of his pending 28 U.S.C. § 2255 Motion without prejudice or in the alternative, to grant him an extension of time to file an Affidavit and a Memorandum of Law in support of his filing under § 2255 6(4).

In support of his Motion, your Petitioner avers:

1.) He filed the pending 28 U.S.C. § 2255 Petition alleging Ineffectiveness of Counsel for failure to file a Direct Appeal;

2.) The Government has objected alleging Petitioner's Motion ought to be dismissed for late filing stating:

> "The grounds for his Motion - that an Appeal was not filed - could have readily

been discovered within the year following his conviction."
(See Government's Opposition June 30, 2006)

3.) Petitioner first became actually aware that no Appeal had been filed when he inquired of the Appeals Court in March 2006. Until a short time before March 2006, Petitioner was under the mistaken impression that he had no right to appeal whatsoever. The Court Record will indicate he was never advised of his rights to appeal by the Court.

4.) The dismissal without prejudice or extension of time to submit an Affidavit and additional Memorandum of Law is sought to enable your Petitioner to document his "due diligence" in pursuing his rights under § 2255 6(4) and explain why it is he obtained verification of failed appeal as late as March 2006.

**WHEREFORE**, your Petitioner requests dismissal without prejudice or an extension of time within which he may file documents in support of his filing beyond one year from the date of judgement.

Respectfully submitted,

Dated: 7-9, 2006

Luis Pinet, Pro Se

**CERTIFICATE OF SERVICE**

I, Luis Pinet, do hereby certify that the preceeding document is a true copy. Furthermore, this document is signed under the pains and penalties of perjury pursuant to 28 U.S.C. § 1746 and has been deposited with the authorities of the Federal Correctional Institution Ray Brook for mailing via U.S. Postal Service on this 9tH. day of July, 2006, to be served upon the following:

Attorney Z. Chaffee
United States Attorney
for the District of
Rhode Island
50 Kennedy Plaza
Providence, RI 02903

Dated: 7-9, 2006

Luis A. Pinet
Luis Pinet, Pro Se